# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    **Plaintiff,**

                                                  **Case No. 05-CR-145**

     **-vs-**

RASHID A. SALAHUDDIN,

                    **Defendant.**

## ORDER

The defendant, Rashid A. Salahuddin ("Salahuddin") moves the Court under Fed. R. Crim. P. 29(c) and 33(A) for a judgment of acquittal and in the alternative a new trial.

As to Rule 29(c) motion, the Court has reviewed the trial evidence in the light most favorable to the jury's verdict and read the parties' submissions and finds that a rational trier of these facts could find, as the jury did, beyond a reasonable doubt that Salahuddin was guilty of the offense charged and prosecuted.

As to the Rule 33 motion, Salahuddin argues that his Fifth Amendment right to remain silent was violated. The Court has reviewed the evidence and its rulings thereon and finds that Salahuddin's Fifth Amendment rights were not violated. The government's examination of witnesses, the government's arguments, the Court's ruling upon the evidence, and the instructions as submitted led to no impingement upon the defendant's Fifth Amendment rights.

Accordingly, Salahuddin's motions are DENIED.

Dated at Milwaukee, Wisconsin, this 27th day of October, 2006.

                                      **SO ORDERED,**

                                    **s/ Rudolph T. Randa**
                                    **HON. RUDOLPH T. RANDA**
                                    **Chief Judge**