UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                        Case No. 05-CR-145

RASHID A. SALAHUDDIN,

    Defendant.

## MOTION FOR RECUSAL

The United States of America, by and through United States Attorney Steven M. Biskupic and First Assistant United States Attorney Michelle L. Jacobs, respectfully moves for recusal pursuant to 28 U.S.C. § 455(a).

As grounds for this motion, the United States refers to a meeting, held at the Court's request, in chambers on October 9, 2008, with this Court, Attorney Daniel Stiller, Federal Defender for this district, and United States Attorney Biskupic. During the meeting, the Court advised the parties of its preferred disposition of the case through an agreement between the parties. In light of the Court's comments regarding its preferred disposition, and so that the parties may give due consideration to the Court's suggestions, the United States believes that re-assignment of the case to another branch of the district court is necessary and

appropriate.

Respectfully submitted this 20th day of October 2008.

STEVEN M. BISKUPIC
United States Attorney

By:

_____

s/MICHELLE L. JACOBS
First Assistant United States Attorney
Michelle L. Jacobs Bar No: 1021706
Telephone: (414) 297-4525
E-Mail: michelle.jacobs@usdoj.gov
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Fax: (414) 297-1738