

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*  *414 / 297-1700*
*Milwaukee, WI 53202*

August 12, 2009

*Via ECF filing*

The Honorable J.P. Stadtmueller
United States District Judge
471 Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:   *United States v. Salahuddin, Case No. 05-CR-145*

Dear Judge Stadtmueller:

    The United States has been advised that the Seventh Circuit Court of Appeals does not issue a mandate following its grant of a mandamus petition. For this reason, the United States respectfully requests that this Court, consistent with *In re United States*, 572 F.3d 301 (7th Cir. 2009), enter an order returning this case to the Clerk for reassignment.

    Thank you for your kind attention to this letter.

                  Very truly yours,

                  MICHELLE L. JACOBS
                  United States Attorney

        By:

                  s/Gordon P. Giampietro
                  Gordon P. Giampietro Bar No. 446600
                  Assistant United States Attorney
                  Attorney for Plaintiff
                  Office of the United States Attorney
                  Eastern District of Wisconsin

517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1083
Fax: (414) 297-1738
E-Mail: gordon.giampietro@usdoj.gov

cc: Nancy Joseph (via ECF)