

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'09 DEC 15 P12:40

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No. 05-CR-145
                              [18 U.S.C. §§ 922(a)(6), 924(a)(2)]

RASHID A. SALAHUDDIN,

    Defendant.

**Copy hand-delivered to chambers**

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT**:

1.    On or about June 8, 1996, in the State and Eastern District of Wisconsin,

**RASHID A. SALAHUDDIN,**

in connection with the acquisition of a firearm from K-Mart, a federally licensed firearms dealer, knowingly made a false and fictitious written statement intended and likely to deceive K-Mart, as to a fact material to the lawfulness of the sale of such firearm under the provisions of Chapter 44 of Title 18, United States Code.

2.    In particular, in connection with the purchase of the firearm listed in paragraph three below, the defendant falsely answered "no" to question 8(b) on the Firearms Transaction Record (ATF Form 4473) which asked, "Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year?" In truth and in fact, on or about October 2, 1987, the

defendant was convicted of armed robbery in Milwaukee County Circuit Court Case No. L-8267.

3. The firearm is described as a Remington, model 870, 20 gauge shotgun, bearing serial number B359976U.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

*[signature]*
MICHELLE L. JACOBS
United States Attorney

Dated: 12/15/2009